IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Jeffrie Marie Cavanaugh, | ) | Case No. 1:19-cr-154 |
| | ) | |
| Defendants. | ) | |

On August 16, 2022, the court issued an order detaining defendant pending a final hearing on a petition to revoke her supervised release. (Doc. No. 94). On September 12, 2022, defendant filed a motion requesting that the court reconsider its detention order and release her to The Sanctuary, a sober living facility in Minot, North Dakota. (Doc. No. 96). She advises that, if released, a member of The Sanctuary's staff can transport her from the Mercer County Jail, where she is presently incarcerated, to The Sanctuary.

There being no objection from the United States, the court **GRANTS** defendant's motion (Doc. No. 96). Defendant shall be released no earlier than September 14, 2022, at 9:00 AM to a staff member of The Sanctuary for immediate transport to The Sanctuary. Defendant's release shall be subject to the following conditions:

(1)  Defendant must appear in court as required and must surrender to serve any sentence imposed.

(2)  Defendant must not violate federal, state, tribal, or local law while on release.

(3)  Defendant remains subject to and shall comply with all of the conditions of supervised release previously imposed upon her by the court.

(4)    Defendant shall reside at The Sanctuary, fully participate in its programming, and comply with all of its rules and regulations. Defendant shall not change her residence without the prior permission of her supervising Probation Officer.

(5)    Defendant shall immediately contact her supervising Probation Officer upon her arrival at The Sanctuary.

**IT IS SO ORDERED.**

Dated this 13th day of September, 2022.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court